UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIDEL CILTAS,<br><br>                    Plaintiff,<br><br>        -against-<br><br>MARK WANG, Hilton Grand Vacation Current or Former President, et al.,<br><br>                    Defendants. | 17-CV-7792 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 29, 2017, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated:  November 29, 2017
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge